

# Fourth Court of Appeals
## San Antonio, Texas

December 27, 2017

No. 04-17-00302-CR

Robert Len **WHITE**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR10291
Honorable Melisa Skinner, Judge Presiding

# O R D E R

On November 17, 2017, we granted Appellant's motion to abate the appeal for the trial court to file written findings of fact on the voluntariness of Appellant's statements, and we suspended all other appellate deadlines. On December 21, 2017, the trial court clerk filed in this court the trial court's findings of fact and conclusions of law.

Our November 17, 2017 order is satisfied. We REINSTATE this appeal and the appellate timetable. Appellant's brief is due on January 22, 2018. *See* TEX. R. APP. P. 38.6(a).

Any motion for extension of time to file Appellant's brief will be strongly disfavored.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of December, 2017.

_____
Keith E. Hottle
Clerk of Court